IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 31 2006

Civil Action No. 06-cv-01669-BNB

GINA WALTO,

    Plaintiff,

v.

C.C.D.,
ANTHONY HERMISILLO,
LINDA LUJUAN,
SARAH MINNENGER,
RAUL ARMENDARIZ, and
CINDY MILES

    Defendants.

## ORDER TO CURE DEFICIENCIES

Plaintiff Gina Walto initiated this action by filing *pro se* a Complaint alleging that she was terminated from her job because of her race, sex, and association with another employee who had filed a charged of discrimination. The court has reviewed the Complaint and finds that the Complaint is deficient because it is not filed on the proper form approved for use by a *pro se* party pursuing claims of employment discrimination in this court. Ms. Walto will be directed to file the Complaint on the proper form if she wishes to pursue her claims in this court in this action. Accordingly, it is

ORDERED that Ms. Walto cure the deficiency identified in this order **within thirty (30) days from the date of this order.** It is

FURTHER ORDERED that the clerk of the court mail to Ms. Walto, together with a copy of this order, two copies of the following form: Title VII Complaint. It is

FURTHER ORDERED that if Ms. Walto fails to cure the deficiency identified in this order within the time allowed, the action will be dismissed without further notice.

DATED August 31, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01669-BNB

Gina Walto
7815 Brentwood Ct.
Arvada, CO 80005

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Title VII Complaint** to the above-named individuals on ___8-31-06___

                              GREGORY C. LANGHAM, CLERK

                              By: _____
                                      Deputy Clerk